**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DARRYL E. GHOLSON, A/K/A DARRYL
E. SAYLES,

                    Appellant,

           vs.

X-CELL COMMUNICATION, A/K/A
CRICKET WIRELESS,

                    Respondent.

No. 68205

# FILED

JUL 01 2015


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from an order granting respondent's motion to dismiss. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

This appeal is assigned to this court's pilot program for civil litigants proceeding in pro se. Our review of the documents before this court reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment, and the notice of appeal is premature. Lee v. GNLV Corp., 116 Nev. 424, 996 P.2d 416 (2000). Once the district court has entered a final, written order resolving all of the claims and issues below, any aggrieved party may appeal. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20034

cc: Hon. Joanna Kishner, District Judge
Darryl E. Gholson
Snell & Wilmer LLP/Salt Lake City
Eighth District Court Clerk